AB:KCB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

OCTAVIA TELFAIR,

           Defendant.

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF
APPLICATION FOR AN
ARREST WARRANT

(18 U.S.C. § 875(c))

No. 19-MJ-424

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

      R. MATTHEW HAMMOND, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      Upon information and belief, on or about April 24, 2019, within the Eastern District of New York, the defendant OCTAVIA TELFAIR did transmit in interstate or foreign commerce communications containing any threat to injure the person of another.

      (Title 18, United States Code, Section 875(c))

      The source of your deponent's information and the grounds for his belief are as follows[1]:

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation.

2

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2007. I am currently assigned to the Violent Crimes Task Force. In that position, I have had significant training and experience investigating a wide range of crimes involving violence and threats of violence, including threats made by telephone, online, and through other electronic means. The information in this Complaint comes from, among other things, a review of documents and reports provided by other law enforcement officers and personnel. Unless specifically indicated, all conversations and statements described in this affidavit are related in sum and substance and in part only. Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware.

2.  On or about April 15, 2019, JANE DOE testified before a jury in a Kings County criminal trial. See People v. Sebastian Telfair, Supreme Court of the State of New York, Kings County, No. 4576/2017. On or about April 24, 2019, the defendant in that case, Sebastian Telfair, was convicted.

3.  Following the verdict, on or about April 24, 2019, JANE DOE, who was in California, began receiving dozens of telephone calls from a telephone number that appeared as "No Caller ID" on JANE DOE's cellular telephone. Upon answering one of the telephone calls, JANE DOE recognized the voice of the defendant OCTAVIA TELFAIR, who is the sister of Sebastian Telfair. JANE DOE has known TELFAIR for more than fifteen years.

4.  JANE DOE recorded at least two of the telephone calls she received from the defendant OCTAVIA TELFAIR. In the first telephone call that JANE DOE recorded, TELFAIR, screaming, stated that TELFAIR was going to "do time for" JANE

DOE, that JANE DOE was "gonna die," and/or that JANE DOE was going to have to live with a "rearranged face." TELFAIR stated, in substance and in part, that she was "going to sit there with him," which, based on my experience and investigation in this case, is a reference to sitting in jail with TELFAIR's brother, Sebastian Telfair. Finally, TELFAIR stated, in sum and substance and in part, that she would find or discovery JANE DOE's residence, that JANE DOE's mother, aunt and sister were all "food" and that TELFAIR would "kill all of y'all bitches."

        5.        In the second telephone call that JANE DOE recorded, shortly before 8:00 p.m. Pacific Standard Time, the defendant OCTAVIA TELFAIR, in a calmer tone of voice than in the first telephone call, stated, in sum and substance and in part, that she was "on a mission" and that TELFAIR was going to "waste all [her] energy and time . . . on getting next to" JANE DOE. TELFAIR stated, in sum and substance and in part, "Fuck your kids, bitch. They can die too. Die, kids, die."

        6.        Also on or about April 24, 2019, JANE DOE's minor son, JOHN DOE, received a telephone call from a telephone number that appeared as "No Caller ID" on JOHN DOE's cellular telephone. JOHN DOE answered the telephone call and identified the defendant OCTAVIA TELFAIR as the individual calling him. TELFAIR asked JOHN DOE, in sum and substance and in part, where JOHN DOE was. JOHN DOE, who was not at that

4

moment in the immediate vicinity of JANE DOE, and who was unaware of the telephone calls that JANE DOE had received, informed TELFAIR of his location.

7. The defendant OCTAVIA TELFAIR's last known address is a location in the vicinity of Coney Island, Brooklyn.

8. It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and arrest warrant. I believe that sealing these documents is necessary because the warrant is relevant to an ongoing investigation and the target may not be arrested immediately upon the filing of the warrant. Based upon my training and experience, I have learned that criminals or persons who know they are under investigation actively search for criminal affidavits and arrest warrants via the internet, and disseminate them through various forums to other online criminals as they deem appropriate. Premature disclosure of the contents of this affidavit and related documents thus may have a significant adverse impact on the continuing investigation and may severely jeopardize its effectiveness and compromise the safety of law enforcement officers.

5

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant so that she may be dealt with according to law.

_____
R. MATTHEW HAMMOND
Special Agent, Federal Bureau of Investigation

Sworn to before me this
7th day of May, 2019

_____
THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK